IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01013-BNB

C. ELI-JAH HAKEEM MUHAMMAD, a.k.a. CHRISTOPHER MITCHELL,

Applicant,

v.

R. WILEY, ADX Warden,

Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 2 2006

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING APPLICANT TO FILE AMENDED PLEADING

---

Applicant C. Eli-Jah Hakeem Muhammad, a.k.a. Christopher Mitchell, is a prisoner in the custody of the United States Bureau of Prisons at ADX Florence. Applicant has filed a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The Court must construe the Application liberally, because Applicant is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Applicant will be ordered to file an amended pleading.

The Court finds that upon review of the grievances that Applicant has attached to the application form in this case, his writing clearly is more legible in the attachments than it is in either the forms or other filings he prepares for submission to the Court. Applicant, therefore, is instructed to use the same legible writing in documents he submits to the Court that he is found to use in other correspondence. Accordingly, it is

ORDERED that Applicant file **within thirty days from the date of this Order** an amended pleading that complies with this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this order, two copies of the following forms: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if Applicant fails within the time allowed to file an original and sufficient copies of an amended pleading that complies with this Order, to the Court's satisfaction, the action will be dismissed without further notice.

DATED June 22, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01013-BNB

Christopher Mitchell
a/k/a C. Eli-Jah Hakeem Muhammad
Reg. No. 02791-088
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** the above-named individuals on 6/22/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk