IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01013-BNB

C. ELI-JAH HAKEEM MUHAMMAD, a.k.a. CHRISTOPHER MITCHELL,

Applicant,

v.

R. WILEY, ADX Warden,

Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 5 2006

GREGORY C. LANGHAM
CLERK

ORDER DIRECTING APPLICANT TO FILE A SECOND AMENDED PLEADING

On June 22, 2006, the Court directed Applicant to amend the Application and use the same legible writing in documents that he submits to the Court that he is found to use in other correspondence. On July 12, 2006, Applicant filed an Amended Application. Nonetheless, Applicant's writing is no more legible than his writing is in the Application that he submitted to the Court on May 19, 2006.

As opposed to dismissing the action for failure to comply with the Court's June 22, 2006, Order, the Court will give Applicant the benefit of the doubt and assume that he did not understand the Court's Order. The Court again will direct Applicant to amend the Application and to use the same legible writing that he uses in other correspondence. The Court will attach a copy of an example of Applicant's writing that is acceptable to the Court. In the example, the writing is properly spaced and does not appear to be a continuous line of letters. The writing in the example is not so large that

it impairs the writing on the lines above and below and makes it impossible to decipher the words on any of the lines.

If Plaintiff fails to comply with the instant Order the Application will be denied and the action dismissed without further notice. Accordingly, it is

ORDERED that Applicant file **within thirty days from the date of this Order** a second amended pleading that complies with this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this Order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that the Clerk of the Court attach a copy of the second page of Exhibit H, which is an attachment to the Application submitted to the Court on May 19, 2006. It is

FURTHER ORDERED that if Applicant fails within the time allowed to file an original and sufficient copies of a second amended pleading that complies with this Order, to the Court's satisfaction, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 25th day of July, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
CRAIG B. SHAFFER
United States Magistrate Judge

2

...NITE CONFINEMENT IN SHU
...T BEING HEARD ON CHARGES

-8 CONTINUATION ATTACHMENT

ADX-SIA/SIS INVESTIGATIVE DEPARTMENT, AND HE IS THE INVESTIGATING OFFICER OF BOTH ...12'S (NO.'S #7178596 & #4178680), AND ON ...-26-04 INVESTIGATION OFFICER LT. S. CLARK RECEIVES FROM ME A 1/PAGE COPOUT WITH A 2-PAGE WRITTEN STATEMENT TO THE INVESTIGAT- ...R ON THE 1-7-04 INCIDENT IN F-UNIT CORRIDOR. SINCE 2-24-04, EX-SHU L.T. S. CLARK TOLD ME THAT THE F.B.I. TURN BACK OVER THE INVESTIGATION TO THE SIA/SIS, I HAVEN'T SEEN THE UDC OR SEGREGATION REVIEW OFFICIAL ("SRO") FOR PERIODIC REVIEWS ON MY STATUS, AND NO ONE SEEMS TO KNOW MY STATUS WHY I'M STILL IN SHU, AND THIS COMPLAINT IS FILED TO BRING TO THE ATTENTION OF MY SITUATIONS BEING INDEFIN- ITELY HELD IN SHU WITHOUT BEING HEARD ON CHARGES

2. BECAUSE THE REASONS FOR PLACEMENT IN SHU ON A/S STATUS SHOULD CEASE TO EXIST WHILE ON A/S STATUS, AND NO LONGER POSES A SERIOUS THREAT TO LIFE, PROPERTY, SELF, STAFF OR OTHER INMATES OR TO THE SECURITY OR ORDERLY RUNNING OF ADX. I SHOULD NOT BE INDEFIN- ITELY HELD IN SHU INDEFINITE UNDER INVESTIGATION THAT SHOULD'VE BEEN COMPLETED MONTHS AGO. RE- SOLUTION S/BEING IS REMOVAL OF A/S STATUS, OR CHARGE...

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01013-BNB

Christopher Mitchell
a/k/a C. Eli-Jah Hakeem Muhammad
Reg. No. 02791-088
ADX – Florence
PO Box 8500
Florence, CO 81226


I hereby certify that I have mailed a copy of the **ORDER and two copies of Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** the above-named individuals on 7/25/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk